IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CARLA RUDOLPH | ) |
| | ) |
| WASHINGTON MUTUAL BANK, | ) |
|     Creditor, | ) |
|   vs. | ) CASE NO. 05B35387 |
| | ) JUDGE JACQUELINE P. COX |
| CARLA RUDOLPH, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Washington Mutual Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of the fees and costs due on the loan as of January 5, 2007.

   | | | |
   |---|---|---|
   | a. | Attorney's Fees | $250.00 |
   | b. | BPO | $100.00 |
   | c. | Bankruptcy Costs | $160.00 |
   | d. | Bankruptcy fees | $900.00 |
   | e. | Late Charges | $241.02 |
   | | Total | $1,651.02 |

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Washington Mutual Bank rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Washington Mutual Bank

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088