```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 35387
   CARLA RUDOLPH
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6682

------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/26/2006 and was confirmed 08/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/02/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
DAVID P LEIBOWITZ         NOTICE ONLY    NOT FILED          .00          .00
WASHINGTON MUTUAL         CURRENT MORTG    5728.00          .00      5728.00
WASHINGTON MUTUAL         MORTGAGE ARRE    5301.66          .00      5301.66
DAIMLER CHRYSLER FINANCI  SECURED          5770.83       292.67      5770.83
DAIMLER CHRYSLER FINANCI  UNSEC W/INTER       .00          .00          .00
CITIBANK NA               UNSEC W/INTER   13855.05          .00          .00
CITI CARD                 UNSEC W/INTER  NOT FILED          .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    9470.60       410.40      6397.82
RECOVERY MANAGEMENT SYST  UNSEC W/INTER    2262.97          .00          .00
MENARDS                   UNSEC W/INTER  NOT FILED          .00          .00
RETAIL SERVICES           UNSEC W/INTER  NOT FILED          .00          .00
CITIBANK SOUTH DAKOTA     UNSEC W/INTER    1248.18          .00          .00
SEVENTH AVENUE            UNSEC W/INTER  NOT FILED          .00          .00
UNIVERSAL BANK            UNSEC W/INTER  NOT FILED          .00          .00
COMCAST                   UNSEC W/INTER     648.51        28.09       438.10
WFNNB SPEIGAL             UNSEC W/INTER  NOT FILED          .00          .00
CHADWICKS OF BOSTON       UNSEC W/INTER  NOT FILED          .00          .00
WFNNB/LA REDOUTE          UNSEC W/INTER  NOT FILED          .00          .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED          .00          .00
CITIBANK USA              UNSEC W/INTER  NOT FILED          .00          .00
CITIFINANCIAL             UNSEC W/INTER  NOT FILED          .00          .00
CITIFINANCIAL RETAIL SER  UNSEC W/INTER  NOT FILED          .00          .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    1180.00        51.13       797.14
CITY OF CHICAGO WATER DE  UNSEC W/INTER  NOT FILED          .00          .00
MARSHALL FIELDS           UNSEC W/INTER  NOT FILED          .00          .00
NEWPORT NEWS              UNSEC W/INTER  NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED          .00          .00
OFFICE OF THE US TRUSTEE  NOTICE ONLY    NOT FILED          .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       .00          .00          .00
CADLEWAY PROPERTIES INC   UNSEC W/INTER    5203.44          .00          .00
JAMES C TRUAX             ATTORNEY            .00          .00          .00
JAMES L HARDEMON          DEBTOR ATTY     1,060.00                   1,060.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 35387 CARLA RUDOLPH
```

```
TOM VAUGHN              TRUSTEE                                 1,372.47
DEBTOR REFUND           REFUND                                       .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 27,648.31

PRIORITY                                             .00
SECURED                                        16,800.49
    INTEREST                                      292.67
UNSECURED                                       7,633.06
    INTEREST                                      489.62
ADMINISTRATIVE                                  1,060.00
TRUSTEE COMPENSATION                            1,372.47
DEBTOR REFUND                                        .00
                        ---------------   ---------------
TOTALS                  27,648.31               27,648.31
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 09/24/08               _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE